**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**FELICIA LYNUM,**

      **Plaintiff,**

v.                                         **CASE NO. 3:07-cv-843-J-16HTS**

**DEPT OF DEFENSE, DEPT OF HOMELAND
SECURITY, DEPT OF JUSTICE, et al**

      **Defendant.**
_____/

**O R D E R**

      This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed September 17, 2007 (Doc. #9).  No objections have been filed to said Report.  After an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation.  Accordingly, it is now

      **ORDERED AND ADJUDGED** that this case  is **DISMISSED** pursuant ot 28 U.S.C. § 1915(e)(2)(B)(i).

      **DONE AND ORDERED** in Chambers in Jacksonville, Florida, this   10th   day of October, 2007.

Copies to:
    Counsel of record
    Pro Se Parties

JOHN H. MOORE II
United States District Judge